

The following constitutes the order of the court.
Signed May 23, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jeffrey B. Kahn,<br><br>　　　　　　　Debtor. | Case No. 11-40508<br>Adv. No. 11-04132<br>Chapter 7 |
| Mitchell A. Tunkel,<br>Innvest Family Holdings, LLLP,<br><br>　　　　　　　Plaintiffs.<br>v.<br><br>Jeffrey B. Kahn,<br>Law Office of Jeffrey B. Kahn, PA.,<br><br>　　　　　　　Defendants. | |

**MEMORANDUM REGARDING UNITED STATES SUPREME COURT OPINION**

On May 13, 2013, the Supreme Court issued an opinion in which the Court directly sets forth its understanding of the meaning of the term defalcation as found in 11 U.S.C. § 523(a)(4).

Without opining on its relevance to the current proceedings, the Court hereby brings the opinion to counsel's attention. The opinion is *Bullock v. Bankchampaign, N.A.*, 569 U.S. ___ (2013). A copy of the slip opinion may be accessed at:

http://www.supremecourt.gov/opinions/12pdf/11-1518_97be.pdf.

**\*\*END OF MEMORANDUM\*\***

**<u>Court Service List</u>**

William A. Logan, Jr.
Putterman Logan and Giles LLP
2175 N. California Blvd. #805
Walnut Creek, CA 94596

Peter H. Bonis
Law Offices of Peter H. Bonis
1990 N. California Blvd. 8th Fl
Walnut Creek, CA 94596